WILLIAM M. JONES, Respondent, *v.* JOHN SCHREYER, impleaded, etc., Appellant.

(Argued May 24, 1872; decided May 28, 1872.)

ACTION against defendant as indorser of a promissory note. The note was for $1,500; was indorsed for a special purpose; but was diverted by the payee, but pledged as collateral security for the payment of an antecedent debt. *Held*, that plaintiff was not a *bona fide* holder, and if he were could only collect the amount due him.

*Rufus B. Cowing* for appellant.

*William Henry Arnoux* for respondent.

PECKHAM, J., reads for reversal and new trial.

All concur.

Judgment reversed and new trial ordered, costs to abide event.